UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL RAPOZO, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                      Plaintiffs,

                -v.-

MARTIN SCHWARTZ and CARROLL PLACE REALTY LLC,

                      Defendants.

21 Civ. 10925 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiffs filed this putative collective action on December 20, 2021, asserting claims under the Fair Labor Standards Act (the "FLSA") and the New York Labor Law (the "NYLL"). (Dkt. #1). Thereafter, on April 15, 2022, Plaintiffs filed the First Amended Complaint, which added FLSA and NYLL retaliation claims against Defendants. (Dkt. #26). On May 11, 2022, it was reported to the Court that the parties successfully mediated this case and reached an agreement on all issues. (Dkt. #32). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **June 2, 2022**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

2

SO ORDERED.

Dated:  May 12, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2