UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RAFAEL RAPOZO, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*

                        Plaintiff,

      -against -

MARTIN SCHWARTZ, CARROLL PLACE REALTY, LLC

                       Defendants.
-----------------------------------------------------------------------X

21-CV-10925 (KPF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants, that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: June 3, 2022
New York, NY

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
P: (212) 792-0048

*Attorneys for Plaintiff*

Dated: June 1, 2022
New York, NY

_____
Stuart Weinberger, Esq.
Goldberg and Weinberger LLP
630 Third Avenue, 18th Fl
New York, NY 10017
P: (212) 867-9595, ext 313

*Attorneys for Defendants*

Dated:   June 6, 2022
         New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE